IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| YUSUF BROWN-AUSTIN, | : | Case No. 1:23-cv-478 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ANNETTE CHAMBERS-SMITH, et al., | : | |
| Defendants. | : | |

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that:

1. Defendants Doug Fender and Investigator Wyman's Motion to Dismiss (Doc. 5) is GRANTED;
2. Defendants Annette Chambers-Smith and Chris Lambert's Motion to Dismiss (Doc. 6) is GRANTED;
3. Defendant Core Civic Corporation's Motion for Joinder and dismissal (Doc. 27) is GRANTED;
4. Plaintiff's claims against Defendants Doug Fender, Assistant Investigator Wyman, Annette Chambers-Smith, Chris Lambert, and Core Civic Corporation are DISMISSED;
5. This case is TERMINATED from the Court's docket.

Dated:  August 22, 2024.                         Richard W. Nagel, Clerk of Court
                                                 By: */s/ Kellie A. Fields*
                                                     Deputy Clerk